UNITED STATES DISTRICT COURT

FOR THE

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SAN PEDRO BOAT WORKS,<br>a California corporation; etc., et al.,<br><br>　　　　Defendants. | Case No.:  02-7986 ABC (JWJx)<br><br>**[PROPOSED] JUDGMENT<br>PURSUANT TO FED. R. CIV. P. 54(b)**<br><br>ASSIGNED FOR ALL PURPOSES TO:<br>the Honorable Audrey B. Collins |

　　AND ALL RELATED CLAIMS.

This Court, the Honorable Audrey B. Collins, District Judge Presiding, in its July 10, 2007 Order Re: Cross-Motions for Summary Adjudication, ruled that defendant BCI Coca-Cola Bottling Company of Los Angeles ("BCI") could not be held derivatively liable to Plaintiff City of Los Angeles ("City") under the Comprehensive Environmental Response, Compensation, and Liability Act ("CERCLA") for San Pedro Boat Works, Inc.'s ownership or operation of the boatyard business at Berth 44

in Los Angeles Harbor, and ruled that BCI could not be held directly liable under CERCLA as an operator of the boatyard business.

On December 13, 2007, a duly impaneled jury returned a special verdict in favor of BCI, successor-in-interest to defendant Pacific American Industries, Inc. ("PAI"), on the question of whether PAI owned the assets of the boatyard business at Berth 44 as of the close of the asset transaction on or about August 31, 1969.

On April 25, 2008, this Court granted BCI's Motion for Summary Adjudication of City's Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh claims for relief under state-law theories of recovery and under the federal Declaratory Judgment Act, and dismissed *sua sponte* City's First, Second, and Third claims for relief against BCI under CERCLA, thereby dismissing all claims City has asserted in this action against BCI.

The Court, having considered the present status of this case in view of the July 10, 2007 Order, the December 13, 2007 Special Verdict, the April 25, 2008 Order Re BCI's Motion for Summary Adjudication of City's Fourth, Fifth, Sixth, Seventh, Eighth, Ninth, and Eleventh claims for relief, and having discussed proposals for entry of judgment with counsel at the June 16, 2008 Status Conference, finds that there is no just reason for delay of entry of final judgment in favor of BCI as to all claims City has asserted against BCI.

All of the claims raised in this action are premised upon transactions, events, occurrences, rights or duties that involve City and other alleged owners and operators of the boatyard at Berth 44, not BCI, or they are premised upon legal and or factual contentions concerning the alleged ownership and operation of the boatyard by BCI's predecessor in interest, issues that have now been adjudicated in BCI's favor. Thus, the remaining claims in this action are separable from those included in this

Judgment, and, even if there were subsequent appeals, no appellate court would have to decide the same issues more than once.

Further, the interests of judicial economy weigh in favor of resolving liability issues before proceeding to the damages phase of this litigation. Entering final judgment on City's claims against BCI would avoid this Court's dedication of significant judicial resources to allocation and damages evidence that may prove to be irrelevant if BCI is not liable under the federal and state-law claims asserted against it. At the least, immediate appeal would narrow the issues left to be adjudicated.

Finally, a delay in the entry of judgment would impose a substantial hardship on BCI. This litigation has been pending for more than 6 years. If an immediate appeal is not permitted, BCI may have to wait several more years, before it could finally dispose of all of the claims asserted against it.

Accordingly, the Court DIRECTS THE CLERK TO ENTER JUDGMENT, pursuant to Federal Rule of Civil Procedure 54(b), in favor of BCI as to all of City's claims against BCI.

*/s/ Audrey B. Collins*

Dated:   June 24, 2008~~_____, 2008~~

_____

The Honorable Audrey B. Collins

United States District Judge

Respectfully submitted by:

JOSEPH J. ARMAO (BAR NO. 129577)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA  941042878
Telephone: (415) 7726000
Facsimile:  (415) 7726268

3

[PROPOSED] JUDGMENT, CASE NO.: 02 7986 ABC (JWJx)

1 Joseph.Armao@hellerehrman.com
Attorneys for BCI

2 Kenneth F. Mattfeld, Deputy City Attorney (Bar No. 182594)
3 City of Los Angeles
425 S. Palos Verdes Street
4 P.O. Box 151
5 San Pedro, CA 90733-0151
Telephone:(310) 732-3750
6 Facsimile:  (310) 831-9778
7 kmattfeld@portla.org
Attorneys for City of Los Angeles
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26 27 28

4