1  MICHAEL N. FEUER, City Attorney
2  JANNA B. SIDLEY, General Counsel
   KENNETH F. MATTFELD, Deputy (#182594)
3  425 South Palos Verdes Street
4  San Pedro, California 90733-0151
   Telephone:  (310) 732-3750
5  Facsimile:   (310) 831-9778
6  kmattfeld@portla.org

7  WILLIAM D. BROWN, ESQ.  (# 125468)
8  WENTZELEE BOTHA, ESQ.  (# 207029)
   BROWN AND WINTERS
9  120 Birmingham Drive, Suite 110
10 Cardiff-by-the-Sea, CA 92007
   Telephone:  (760) 633-4485
11 Facsimile:   (760) 633-4427
12 bbrown@brownandwinters.com
   wbotha@brownandwinters.com
13
14 Attorneys for Plaintiff,
   CITY OF LOS ANGELES
15

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CITY OF LOS ANGELES, | Case No.: 02-CV-7986 AB (SHx) |
| Plaintiff, | |
| v. | **NOTICE OF SETTLEMENT** |
| SAN PEDRO BOAT WORKS, *et al.* | **Case Mgmt Conf: 12/22/14** |
| Defendants. | **Time:            10:00 A.M.** |
| AND RELATED CLAIMS | |

CASE NO. 02-cv-7896 AB

**TO THE COURT**:

Pursuant to Local Rule 16-15.7, please be advised that a global settlement has been negotiated in this action. The parties request 90 days to: i) produce and execute a formal settlement agreement from the settlement term sheet, ii) gain approval of the bankruptcy court (*In re San Pedro Boat Works*, C.D. Cal. Case No. 02-bk-45134 BR) and, iii) file a request for dismissal.

Unless instructed otherwise, counsel will appear at the case management conference scheduled for Monday, December 22, 2014, at 10:00 A.M.

Dated: December 18, 2014

**MICHAEL N. FEUER**
**CITY ATTORNEY**

_____/s/_____
Kenneth Mattfeld, Deputy
Counsel for Plaintiff City of Los Angeles